# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NASHA BAXLEY | CIVIL ACTION |
|---|---|
| v. | NO. 20-5512 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | |

## ORDER RE DEFENDANT'S PARTIAL MOTION TO DISMISS

**AND NOW**, this 15th day of January, 2020, after careful consideration of Defendant State Farm's Motion to Dismiss (ECF 6) and Plaintiff Nasha Baxley's Response (ECF 7), for the reasons stated in the attached memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss Count II of Plaintiff's Complaint is **GRANTED**, without prejudice, and with leave to file an amended complaint within 30 days.

BY THE COURT:

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-5512 Baxley v State Farm\20cv5512 Order Re MTD.docx